1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORI ANN RUSCOW, et al., | Case No.  1:15-cv-00941-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATIONS TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | (ECF Nos. 11, 12) |
| FRED MEYER STORES, INC., et al., | |
| Defendants. | |

On August 4, 2015, the parties to this action filed second stipulations to extend time for Defendants to respond to the complaint.  Based on the stipulations of the parties, Defendants Fred Meyer Stores, Inc. and Western Construction Services, Inc. shall file a responsive pleading on or before August 19, 2015.

IT IS SO ORDERED.

Dated:   __**August 5, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE

1