# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORI ANN RUSOW and HAROLD RUSOW,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRED MEYER STORES, INC.; WESTERN CONSTRUCTION SERVICES, INC.; ARROW STRIPING AND PAINTING, INC.; KODIAK PACIFIC CONSTRUCTION CO. and DOES 1 through 40, inclusive,<br><br>　　　　Defendants. | No. 1:15-cv-00941-LJO-SAB<br><br>**ORDER FOR VOLUNTARY DISMISSAL** |

Pursuant to the parties stipulation to voluntarily dismiss the entire above-captioned action as to all defendants and all causes of action without prejudice, it is hereby ordered this matter be dismissed.

IT IS SO ORDERED.

　Dated:　**August 19, 2015**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE